Commonwealth, Appellant, v. Kellar.

Argued March 22, 1973. *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellant; *David E. Auerbach,* Assistant Public Defender, for appellee.

Order affirmed.

WRIGHT, P. J., dissents.